EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Mario Batiz Santos | 2007 TSPR 192 <br><br> 172 DPR \_\_\_\_ |

Número del Caso: TS-3724


Fecha: 2 de noviembre de 2007


Abogado de la Parte Peticionaria:

              Por Derecho Propio

Colegio de Abogados de Puerto Rico:

              Lcdo. José M. Montalvo Trías
              Director Ejecutivo

Oficina del Procurador General:

              Lcda. Minnie H. Rodríguez López
              Procuradora General Auxiliar


Materia: Baja voluntaria al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Mario Batiz Santos                    TS-3724


RESOLUCIÓN

San Juan, Puerto Rico, a 2 de noviembre de 2007.

Examinada la *Moción* presentada por el Lcdo. Mario Batiz Santos, solicitando su renuncia voluntaria al ejercicio de la abogacía, así como la *Moción en Contestación a Resolución* presentada el 24 de mayo de 2007 por el Colegio de Abogados de Puerto Rico, se autoriza al Lcdo. Mario Batiz Santos a darse de baja voluntariamente de esa Institución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo